IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


**CHARLES E. WALKER,**

      **Petitioner,**

**vs.**                                 **Case No. 4:05cv127-MP/WCS**

**JAMES V. CROSBY, JR.,**

      **Respondent.**

_____/


## O R D E R

      This cause was recently assigned to the undersigned magistrate judge.  Doc. 15.
Review of the docket reveals that the 28 U.S.C. §2254 petition, doc. 1, was served on
Respondent with an order to show cause.  Doc. 7.  Petitioner's memorandum of law,
doc. 5, was never addressed by the court or served on Respondent.

      In an abundance of caution, it is therefore ORDERED:

      1.  The clerk shall forward a copy of doc. 5 to counsel for Respondent.  If there
are additional arguments to be raised in response to the memorandum, Respondent
shall file an amended response no later than January l3, 2006.

2.  If (and only if) an amended response is filed, Petitioner may file an amended reply no later than February 13, 2006.

**DONE AND ORDERED** on November 30, 2005.

 s/ William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**