IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**CHARLES E. WALKER,**

    **Petitioner,**

vs.                                     **CASE NO. 4:05cv127-MP/WCS**

**JAMES McDONOUGH,**

    **Respondent.**

                                    /

## REPORT AND RECOMMENDATION

Pending is the undersigned's report and recommendation, recommending that the 28 U.S.C. § 2254 petition for writ of habeas corpus be denied with prejudice. Doc. 23. Instead of filing objections, Petitioner filed a notice of voluntary dismissal, asking that his petition be dismissed without prejudice. Doc. 25. Ruling was deferred pending a response from Respondent to be filed by July 14, 2006. Doc. 26. No response has been filed.

It therefore appears that voluntary dismissal should be granted. Even if the petition is dismissed "without prejudice," however, Petitioner is advised that a future § 2254 petition will probably be time barred. 28 U.S.C. § 2244(d)(1)(A)-(D) (setting forth

possible commencement dates for the one year time limit); <u>Duncan v. Walker</u>, 533 U.S. 167, 181-82, 121 S.Ct. 2120, 2129, 150 L.Ed.2d 251 (2001) (the one year period is not tolled under § 2244(d)(2) while a federal § 2254 petition, such as this one, is pending).

Accordingly, it is **RECOMMENDED** that Petitioner's request for voluntary dismissal without prejudice (doc. 25) be **GRANTED**, the petition be **DISMISSED**, and the report and recommendation (doc. 23) be found to be **MOOT**.

**IN CHAMBERS** at Tallahassee, Florida, on July 20, 2006.

s/    William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**