IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CHARLES E. WALKER,

    Petitioner,

v.                                    CASE NO. 4:05-cv-00127-MP-WCS

JAMES McDONOUGH,

    Respondent.

_____/

**O R D E R**

This matter is before the Court on Doc. 27, Report and Recommendation of the Magistrate Judge, recommending that Petitioner's request for voluntary dismissal without prejudice (Doc. 25) be granted and that the Magistrate's prior Report and Recommendation (Doc. 23) therefore be found moot. The Magistrate Judge filed a Report and Recommendation dated Thursday, July 20, 2006. The parties have been furnished a copy of the report and recommendation and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), I have made a *de novo* review of those portions to which an objection has been made. However, here no objections were made. Therefore, having considered the Report and Recommendation, I have determined that the Report and Recommendation should be ADOPTED.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation (Doc. 27) is adopted and incorporated by reference in this order.

2. Petitioner's request for voluntary dismissal is GRANTED, this petition is DISMISSED without prejudice, and the clerk is directed to close the file.

3. Because the petition is dismissed, the Magistrate Judge's prior Report and Recommendation (Doc. 23) is therefore found to be moot.

**DONE AND ORDERED** this   *22nd* day of August, 2006

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge